**United States Court of Appeals**

FOR THE EIGHTH CIRCUIT

_____

No. 96-2651

_____

Paul M. McDonald,                    *
                                     *
        Appellant,                   *
                                     * Appeal   from   the   United
States
    v.                               * District Court for the
                                     * Eastern    District    of
Arkansas.
St. Louis Southwestern Railroad,                              *
                                     *      [UNPUBLISHED]
        Appellee.                    *

_____

                                      Submitted:  August 5, 1997
                                            Filed:  August 18,
1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

    Paul M. McDonald appeals the district court's[1] orders
granting summary judgment to St. Louis Southwestern
Railroad and denying his Federal Rule of Civil Procedure
60 (b) motion in this employment discrimination action.
After de novo review we conclude the district court's
grant of summary judgment was correct. See 8th Cir. R.
47B.

_____

[1]The Honorable Elsijane T. Roy, United States District Judge for the Eastern
District of Arkansas.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.